*Spreckels Creameries, Inc.,* 17 C.C.P.A. (Customs) 400, T.D. 43835, and cases therein cited.

As to the industrial brass sieves in issue, other than the "No. 4 mesh, <u>12"</u> <u>diam.,</u>" all claims in the protest are overruled.

Judgment will be entered in accordance with the view above expressed.

**No. 63713.**—W. R. Keating & Co., Inc., and Antique Market, Inc., et al. *v.* United States, protests 193474–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, JANUARY 19, 1960

**No. 63714.**—S. S. Pierce Company *v.* United States, protests 715464–G, etc. (Boston).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

**No. 63715.**—Stone & Downer Co. *v.* United States, protests 715465–G, etc. (Boston).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

**No. 63716.**—P. Pastene & Co., Inc., et al. *v.* United States, protests 806350–G, etc. (Boston).